# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, ROMOLO COLANTONE,
EFRAIN ALVAREZ, and JOSE ANTHONY
IRIZARRY,

                          Plaintiffs,

         -against-

THE CITY OF NEW YORK and THE NEW
YORK CITY POLICE DEPARTMENT -
LICENSE DIVISION,

                        Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2015

13 **CIVIL** 2115 (RWS)

**JUDGMENT**

Plaintiffs New York State Rifle & Pistol Association (the "Association"), Romolo Colantone ("Colantone"), Efrain Alvarez ("Alvarez") and Jose Anthony Irizarry ("Irizarry") (collectively, "Plaintiffs") having moved for summary judgment pursuant to Fed. R. Civ. P. 56 and for a preliminary injunction pursuant to Fed. R. Civ. P. 65; Defendants having cross-moved for summary judgment pursuant to Rule 56, seeking dismissal of Plaintiffs' complaint, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on February 4, 2015, having rendered its Opinion denying Plaintiffs' motion for summary judgment and preliminary injunction, and granting the Defendants' cross-motion for summary judgment dismissing the Amended Complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 4, 2015, Plaintiffs' motion for summary judgment and preliminary injunction are denied and the Defendants' cross-motion for summary judgment dismissing the Amended Complaint is granted.

**Dated:**  New York, New York
February 9, 2015

RUBY J. KRAJICK

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____