**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 04, 2015
Docket #: 15-638
Short Title: New York State Rifle & Pistol v. City of
New York

DC Docket #: 13-cv-2115
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sweet

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_     Record on Appeal - Certified List

\_\_\_\_     Record on Appeal - CD ROM

\_\_\_\_     Record on Appeal - Paper Documents

\_\_X\_\_     Record on Appeal - Electronic Index

\_\_\_\_     Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8505.