# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the twentieth day of March, two thousand and fifteen,

_____

| | |
|---|---|
| New York State Rifle & Pistol Association, Inc., Romolo Colantone, Efrain Alvarez, Jose Anthony Irizarry, | **ORDER** <br> Docket Number: 15-638 |
| Plaintiffs - Appellants, | |
| v. | |
| City of New York, New York City Police Department, License Division, | |
| Defendants - Appellees. | |

_____

A notice of appeal was filed on March 3, 2015. The Appellant's Acknowledgment and Appearance Form, due March 17, 2015, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 3, 2015 if the Acknowledgment and Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court