United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 24, 2015
Docket #: 15-638cv
Short Title: New York State Rifle & Pistol v. City of New York

DC Docket #: 13-cv-2115
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sweet

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8534.