

Brian T. Stapleton | Partner
Direct 914.798.5470 | bstapleton@goldbergsegalla.com

March 31, 2015

**VIA CM/ECF**
Clerk of Court Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: New York State Rifle and Pistol Association, Inc., et al. v. The City of New York, et al.
> Case No.: 1:13-cv-2115-RWS
> G.S. File No.: 11350.0009

Dear Ms. O'Hagan Wolfe:

I represent Plaintiffs The New York State Rifle and Pistol Association, Romolo Colantone, Efrain Alvarez, and Jose Anthony Irizarry in the above-referenced appeal.

Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that this Court set the deadline for Plaintiffs' Appellants' Brief for June 16, 2015. This requested date is within 91 days from our filing of the certificate that no transcript will be ordered, which is March 17, 2015.

Thank you for your consideration of my request.

Respectfully,

**GOLDBERG SEGALLA LLP**

s/Brian T. Stapleton

Brian T. Stapleton

BTS

cc: City of New York Office of Corp. Counsel
   Ms. Susan Paulson, Esq.
   By e-mail to spaulson@law.nyc.gov