# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: New York State Rifle & Pistol v. City of New York      Docket No.: 15-638

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew N. Ferguson

Firm: Bancroft PLLC

Address: 500 New Jersey Avenue, NW, 7th Floor, Washington, D.C. 20001

Telephone: (202) 234-0090    Fax: (202) 234-2806

E-mail: aferguson@bancroftpllc.com

Appearance for: Appellants - The New York State Rifle & Pistol Association, Romolo Colantone, Efrain Alvarez, and Jose Anthony Irizarry
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Paul D. Clement (Bancroft PLLC), D. Zachary Hudson (Bancroft PLLC) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Andrew N. Ferguson

Type or Print Name: Andrew N. Ferguson