# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: New York State Rifle & Pistol v. City of New York                Docket No.: 15-638

Lead Counsel of Record (name/firm) or Pro se Party (name): Paul D. Clement/Bancroft PLLC

Appearance for (party/designation): Appellants - The New York State Rifle & Pistol Association, Romolo Colantone, Efrain Alvarez, and Jose Anthony Irizarry

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
      Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
      Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [✓] Incorrect or Incomplete, and should be amended as follows:

Name: Paul D. Clement
Firm: Bancroft PLLC
Address: 500 New Jersey Avenue NW, 7th Floor, Washington, DC 20001
Telephone: (202) 234-0090                    Fax: (202) 234-2806
Email: pclement@bancroftpllc.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
11/5/2010 _____ OR that ( ) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/Paul D. Clement
Type or Print Name: Paul D. Clement
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.