

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Susan Paulson
Phone: (212) 356-0821
Fax: (212) 356-2509
spaulson@law.nyc.gov

June 17, 2015

By ECF

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court Of Appeals
    for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:  New York State Rifle & Pistol v. City of New York, Docket No. 15-638

Dear Ms. O'Hagan Wolfe:

    I am the Assistant Corporation Counsel assigned to handle the appeal referenced above, in which this office represents the defendants-appellees, the City of New York and the New York City Police Department – License Division. In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as the defendants-appellees' request that its brief be due on September 15, 2015, which is 91 days from June 16, 2015, the date on which the appellees received service of the appellants' brief.

    Thank you for your attention to this matter.

Yours truly,

/s/
Susan Paulson
Assistant Corporation Counsel

cc:    Brian T. Stapleton, Esq. (via ECF)
        Paul D. Clement, Esq. (via ECF)