# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of June, two thousand and fifteen,

_____

| | |
|---|---|
| New York State Rifle & Pistol Association, Inc., Romolo Colantone, Efrain Alvarez, Jose Anthony Irizarry, | **ORDER** <br> Docket No: 15-638 |
| Plaintiffs - Appellants, | |
| v. | |
| City of New York, New York City Police Department, License Division, | |
| Defendants - Appellees. | |

_____

Counsel for APPELLEE City of New York, New York City Police Department License Division has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 15, 2015 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before September 15, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

