## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: New York State Rifle and Pistol v. City of New York      Docket No.: 15-638

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Richard Dearing

Firm: NYC Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: (212) 356-2500      Fax: (212) 356-2509

E-mail: rdearing@law.nyc.gov, NYCFedApp@law.nyc.gov

Appearance for: City of New York and New York City Police Dept/Appelees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Susan Paulson/NYC Law Department)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 11, 2015      OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Richard Dearing

Type or Print Name: Richard Dearing