

December 3, 2015

**VIA E-FILING**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *New York State Rifle & Pistol v. City of New York*, No. 15-638

Dear Ms. O'Hagan Wolfe:

    I am counsel for plaintiffs-appellants in the above-captioned matter. I write to update the Court respecting dates on which, because of previous commitments, I am unable to present argument, and therefore respectfully request that the Court schedule argument for another date. The dates that this Court is currently scheduled to sit on which I am unavailable are: January 4-8, 11-15, 19-22, and 28-29; February 1-5, 8-12, 16-19, 22-26, and 29; and March 7-11, 14-18, 21-25, and 28-31.

                      Respectfully submitted,

                      s/Paul D. Clement
                      Paul D. Clement
                      *Counsel for Plaintiffs-Appellants*

cc: Counsel of Record (by CM/ECF)

# CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2015, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel of record.

s/Paul D. Clement  
Paul D. Clement