

April 1, 2016

**VIA E-FILING**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *New York State Rifle & Pistol v. City of New York*, No. 15-638

Dear Ms. O'Hagan Wolfe:

       I am counsel for plaintiffs-appellants in the above-captioned matter. On March 24, 2016, this Court entered on the docket a notice proposing the week of June 20, 2016, for calendaring of oral argument in this case. I write to inform the Court that I am unable to present argument during that week because of a conflicting en banc argument in another circuit and therefore respectfully request that the Court schedule argument for another date. I further write to update the Court respecting other dates on which, because of previous commitments, I am unable to present argument. The dates on which I am unavailable are: June 20-24; June 27-July 1; July 5-8; September 1-4 and 8-9; and October 14.

                   Respectfully submitted,

                   s/Paul D. Clement
                   Paul D. Clement
                   *Counsel for Plaintiffs-Appellants*

cc: Counsel of Record (by CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2016, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel of record.

s/Paul D. Clement
Paul D. Clement
