

T**HE** C**ITY OF** N**EW** Y**ORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

S**USAN** P**AULSON**
Phone: (212) 356-0821
Fax: (212) 356-2509
Email: spaulson@law.nyc.gov

April 1, 2016

Hon. Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

                Re:     *New York State Rifle & Pistol Assoc. v. NYPD*
                        Docket No. 15-638

Dear Ms. Wolfe:

      I am counsel for defendants-appellees in the above-captioned matter. I write to inform the Court that I am unable to present argument August 8-12 and 15-16, September 27-29, October 3-4 and 11-13.

                         Respectfully submitted,

                         /s/

                         Susan Paulson
                         Assistant Corporation Counsel

cc:     Counsel of record (via ECF)