

June 8, 2016

**<u>VIA E-FILING</u>**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *New York State Rifle & Pistol v. City of New York*, **No. 15-638**

Dear Ms. O'Hagan Wolfe:

    I am counsel for plaintiffs-appellants in the above-captioned matter. On May 23, 2016, this Court entered on the docket a notice proposing the week of August 15, 2016, for calendaring of oral argument in this case. I am currently scheduled to present argument in *Wi-Lan USA, Inc. v. Ericsson, Inc.*, Nos. 2015-1766, 2015-1794, before the United States Court of Appeals for the Federal Circuit on Monday, August 22, 2016. In light of that commitment and other scheduling constraints, I respectfully request that argument in this case be scheduled for either Tuesday, August 16 or Wednesday, August 17.

                                 Respectfully submitted,

                                   s/Paul D. Clement
                                   Paul D. Clement
                                   *Counsel for Plaintiffs-Appellants*

cc: Counsel of Record (by CM/ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2016, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel of record.

s/Paul D. Clement  
Paul D. Clement
